IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SPENCER TYRONE DALTON : CIVIL ACTION
:
v. :
:
GABRIEL LEVIN : NO. 10-1295

O R D E R

AND NOW, this 27 day of April, 2010, having considered plaintiff's complaint and motion to proceed in forma pauperis, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for leave to proceed in forma pauperis is GRANTED;

2. Plaintiff's complaint is DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915(e), for the reasons stated in the accompanying memorandum; and

3. This case shall be marked CLOSED.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.